AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

MATTHEW DOMENICONE

APPEARANCE

CASE NUMBER: CR 07-124-05T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for MATTHEW DOMENICONE

I certify that I am admitted to practice in this court.

10/2/07
*Date*

[signature]
*Signature*

JAMES T. MC CORMICK 2614
*Print Name* *Bar Number*

128 DORRANCE ST, RM 330
*Address*

PROVIDENCE RI 02903
*City* *State* *Zip Code*

(401) 831-2970 751-1797
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.