RECEIVED
DEC 19 2007
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Criminal No.: 07-124-05T

MATTHEW DOMENICONE

**ORDER MODIFYING TERMS OF RELEASE**

This matter came on for hearing before the Honorable United States District Judge Ernest C. Torres on December 19, 2007. After hearing thereon, in consideration thereof, it is hereby ORDERED:

That Defendant Matthew Domenicone's terms of release are hereby modified so as to include an additional condition:

The Defendant shall not operate a motor vehicle until his Rhode Island Driver's License is reinstated.

Entered as an order of Court this 10th day of December of 2007.

Enter:

Ernest C. Torres
12/20/07

Order:

[signature]

Presented by:

[signature]

**JAMES T. McCORMICK (#2614)**
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903-2814
(401) 831-2970
(401) 751-1797 (FAX)

**CERTIFICATION**

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorney on the 19 day of DECEMBER 2007.

Sandra R. Beckner
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393